IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

A.T. as GUARDIAN AND NEXT          )
FRIEND OF S.T.,                    )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )          CIVIL ACT. NO.  2:22CV377-ECM
                                   )                 (wo)
STATE OF ALABAMA DEPARTMENT        )
OF EDUCATION,                      )
                                   )
       Defendant.                  )

**ORDER**

Now pending before the Court is a motion for extension of time to respond, filed by

the Defendant. (Doc. 16).  In the motion, counsel for the Defendant represent that they need

additional time to review the fourteen exhibits attached to the Plaintiff's response to the

motion to dismiss and also to respond to the new request for preliminary injunction

contained within the Plaintiff's response. The Defendant does not request a specific amount

of time for the extension.

The Plaintiff vigorously opposes extension, arguing that the exhibits are documents

within the Defendant's control and that the Plaintiff suffers harm each day that he is denied

a free and appropriate education.

Upon consideration of the motion and opposition, and the representation by Defense

counsel as officers of the Court that they need additional time to respond to the Plaintiff's

opposition and new request for preliminary injunction, the Court finds that good cause has

been shown for a brief extension of time.   The Court will also give the Plaintiff a

corresponding extension of time for his reply in support of his request for a preliminary injunction.

Accordingly, it is hereby ORDERED

That the motion for extension of time (doc. 16) is GRANTED to the extent that the Defendant's and the Plaintiff's briefing deadlines on September 28, 2022 are extended to **October 3, 2022**.

DONE this 22nd day of September, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE