IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.T. as GUARDIAN AND NEXT FRIEND OF S.T., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 2:22CV377-ECM (wo) |
| STATE OF ALABAMA DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Status Report filed on December 1, 2022 (doc. 23), it is hereby ORDERED

that the parties file a joint status report on or before **February 1, 2023** and report on the status of the administrative proceedings.

DONE this 2nd day of December, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE